FILED'08 JAN 24 14:25 USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEFFREY A. BRANDENBURG,
    Plaintiff,

CV NO. 06-1431-BR

ORDER AWARDING FEES AND
EXPENSES UNDER THE EQUAL
ACCESS TO JUSTICE ACT 28 U.S.C.
§ 2412(d)

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
    Defendant.

Upon Plaintiff's motion for an award of attorneys fees and expenses under 28 U.S.C § 2412 and the defendant's response of no objection to the motion, IT IS HEREBY ORDERED that attorney fees of $5,874.00 and expenses of $13.92 are awarded to Plaintiff and payable to his attorney, Alan R. Unkeles.

Dated January 24, 2008.

*[signature]*
District Court Judge

Presented by: s/ Alan R. Unkeles
    Alan R. Unkeles OSB 77-377
    Plaintiff's Attorney